PROB 35

**ORDER TERMINATING SUPERVISED RELEASE
PRIOR TO EXPIRATION DATE**

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | **Docket Number: 1:97CR05111-01 OWW** |
| ) | |
| **ANTHONY JOSEPH CORRAL** ) | |
| ) | |

On August 28, 1998, the above-named was placed on supervised release (TSR) for a period of 5 years after being convicted of Conspiracy to Distribute Methamphetamine. The offender was sentenced to 80 months custody of the Bureau of Prisons (BOP). On September 13, 2004, the offender was released on TSR and has been supervised by the Fresno Office since that time. While on supervised release, the offender has complied with the rules and regulations of supervision. He satisfied his special assessment and has maintained full-time employment in the medical field. Therefore, it is recommended that he be discharged from supervision.

Respectfully submitted,

/s/ Scott J. Waters

**Scott J. Waters
Senior United States Probation Officer**

Dated:   August 24, 2007
         Fresno, California


**REVIEWED BY:**   /s/ Bruce A. Vasquez
                  **Bruce A. Vasquez
                  Supervising United States Probation Officer**

Rev. 03/2005
PROB35.MRG

**Re:   CORRAL, Anthony Joseph
       Docket Number:   1:97CR05111-01 OWW
       ORDER TERMINATING SUPERVISED RELEASE
       PRIOR TO EXPIRATION DATE**

---

### ORDER OF COURT

It is ordered that the supervised releasee be discharged from supervised release, and that the proceedings in the case be terminated.

IT IS SO ORDERED.

**Dated:   September 15, 2007**            **/s/ Oliver W. Wanger**
                                            UNITED STATES DISTRICT JUDGE